UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 3:06-cr-174(S1)-J-32HTS

VALERIE ANNE BEASLEY

---

### ORDER

The United States' oral motion to dismiss the Indictment is **GRANTED** without opposition on the part of counsel for defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of September, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Asst. U. S. Attorney (Dale Campion)
Curtis S. Fallgatter, Esquire
Defendant