UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                           Case No: 3:06-cr-174-J-32HTS

VALERIE BEASLEY
_____/

## ORDER

THIS CAUSE came on to be heard on the joint oral motion of the United States and the Defendant, and as further provided for in ¶A.6. (page 3) of the Plea Agreement filed in this case, it is hereby

**ORDERED:**

The Clerk of Court shall accept from the Defendant, Valerie Beasley, and place on deposit with the Clerk's Office, the sum of $23,300, to be held on deposit until further order of the Court.

**DONE AND ORDERED** in open Court at Jacksonville, Florida on September 26th, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies furnished to:

Curtis S. Fallgatter, Esq.
Dale R. Campion, Esq., Assistant U.S. Attorney

110724